## SAMUEL C. WAGENER ET AL.
### v.
## THOMAS RICHARDS, use, etc.

PRACTICE—RECORD MUST BE CERTIFIED UNDER SEAL.—Where what purports to be the record in a case is not certified under the seal of the trial court, it is a nullity.

APPEAL from the Circuit Court of Christian county; the Hon. J. J. PHILLIPS, Judge, presiding. Opinion filed January 22, 1884.

Mr. J. C. ESSICK, for appellants.

PER CURIAM. What purports to be the record filed in this case is not certified under the seal of the trial court, and is therefore a nullity, as has been repeatedly held by both the Supreme Court and this court. Cowhick v. Gunn, 2 Scam. 417; Morse v. Williams, 4 Scam. 285; Day v. City of Clinton, 5 Bradwell, 605; Mason v. Gibson, 13 Bradwell, 463.

The appeal is dismissed at cost of appellants with *procedendo.*

Appeal dismissed.